UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE RAEKWON LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONS CORPORATION )<br>OF AMERICA, <u>et al.</u> )<br>)<br>Defendants. )<br>) | Civil Action No. 01-1616 (HHK) |

**<u>NOTICE OF APPEARANCE</u>**

Will the Clerk of the Court please enter the appearance of Ryan D. Nelson of Sidley Austin Brown & Wood LLP, 1501 K Street, N.W., Washington, D.C. 20005, as counsel for Defendants in the above-captioned case.

Respectfully submitted,

 /s/ Ryan D. Nelson
Ryan D. Nelson (D.C. Bar No. 475558)
Frank R. Volpe (D.C. Bar No. 458791)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000

Dated: April 29, 2004                    Counsel for Defendants